# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA PERALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA MACHINE, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00593-SAB<br><br>ORDER RE STIPULATION TO REMAND REMOVED ACTION<br><br>(ECF No. 18) |

On August 25, 2016, Plaintiff filed the complaint in the Madera County Superior Court. On April 28, 2017, Defendant filed a notice of removal in this Court. On July 25, 2018, the parties filed a stipulation to remand this action to Madera County Superior Court. (ECF No. 18.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded to Madera County Superior Court;
2. Each party shall bear its own costs and attorneys' fees in connection with the remand of this action; and
3. All pending matters and dates in this Court are VACATED.

IT IS SO ORDERED.

Dated: __**July 25, 2018**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1